IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| **STEPHEN P. KELLY,** | Cause No. CV 20-69-H-SEH |
| Plaintiff, | |
| vs. | **ORDER** |
| **ROBIN LaFLEUR,** | |
| Defendant. | |

Plaintiff Kelly moves to proceed in forma pauperis with an action alleging: (1) "racketeering and corruption"; (2) "fraud with intent"; (3) "fraudulent withholding of service information, address"; (4) "civil (RICO)"; and (5) "conspiracy."[1] These allegations arise from a contract for sale of and title to a motor vehicle.[2]

Kelly is unable to pay the costs of the action. The filing fee is waived.[3]

A federal court has jurisdiction over disputes involving federal questions.[4] Kelly does not allege a "fraud" that supports a claim under the Racketeer-Influenced and Corrupt Organizations Act.[5]

---

[1] *See* Compl. (Doc. 2) at 2 ¶ 1, 4 ¶ 7.
[2] *See id.* at 8–9 ¶¶ 14–17.
[3] Doc. 1; *see* 28 U.S.C. §§ 1914(a), 1915(a)(1).
[4] *See* 28 U.S.C. § 1331.
[5] *See* Compl. at 14 ¶ 23; 18 U.S.C. § 1961(1).

A federal court has jurisdiction over disputes between citizens of different states if the amount in controversy is $75,000 or more.[6] The dispute here does not meet diversity requirements.[7]

There is no basis for federal jurisdiction grounded in a defendant's "concealment" of their address for service.[8]

As Kelly's allegations preclude federal jurisdiction, the case is dismissed.[9]

ORDERED:

1. Kelly's motion to proceed in forma pauperis[10] is GRANTED.

2. This action is DISMISSED for lack of federal jurisdiction.

3. The clerk shall enter, by separate document, a judgment of dismissal.

4. Any appeal would not be taken in good faith.[11]

DATED this 18th day of September, 2020.

Sam E. Haddon
United States District Court

---

[6] *See* 28 U.S.C. § 1332(a)(1), (b).
[7] *See* Compl. at 4 ¶¶ 8–9, 8 ¶¶ 14–15.
[8] *See id.* at 13 ¶ 22, 14 ¶ 24.
[9] *See* Fed. R. Civ. P. 12(h)(3).
[10] Doc. 1.
[11] *See* Fed. R. App. P. 24(a)(3)(A), (4)(B).